| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | SHAWN HALBERT |
|   | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
|   | San Francisco, CA  94102 |
| 4 | Telephone:  (415) 436-7700 |
| 5 | Counsel for Defendant PAUL TRINIDAD |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF:

PAUL ANTHONY SAYNO TRINIDAD

No. CR 09-70395 JCS

STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING BAIL HEARING FROM JULY 10, 2009 TO JULY 17, 2009

**STIPULATION**

The parties are scheduled to appear before this Court on July 10, 2009 at 10:30 a.m. for continued bail hearing. Defense counsel requests that this hearing be continued by two weeks to July 17, 2009 because Mr. Trinidad's family is attempting to retain private counsel in this matter. Government counsel has no objection to the continuance and believes that the continuance makes it more likely that the government will have been able to produce the information that the Court requested at the previous hearing.

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: July 8, 2009                    /s/
NAT COUSINS
Assistant United States Attorney

DATED: July 8, 2009                    /s/
SHAWN HALBERT
Assistant Federal Public Defender

**[PROPOSED] ORDER**

For the reasons stated above, the Court grants the continuance of time for the continued bail hearing before this court from July 10, 2009 to July 17, 2009 at 10:30 a.m.

IT IS SO ORDERED.

DATED: July 9, 2009

THE HON. JOSEPH C. SPERO
United States Magistrate Judge

Stip. and Prop. Order Continuing Bail Hearing
No. CR 09-70395 JCS
- 2 -