JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States of America
Acting for the Republic of Latvia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>PAUL ANTHONY SAYNO TRINIDAD | No. CR 09-70395 MISC (JCS)<br><br>**STIPULATION TO CONTINUE BAIL HEARING TO SEPTEMBER 8, 2009, 1:30 P.M.** |

    The United States, on behalf of Latvia, moves to continue the bail hearing scheduled for September 2 to September 8, 2009, at 1:30 p.m.  Mr. Trinidad, through his counsel, does not object to the requested continuance.  The reason for the request is that Mr. Trinidad's Memorandum in Support of Application for Bail requested additional materials from Latvia, and counsel for Latvia requests the additional time in order to communicate about that request with Latvia.

    With permission of the Court, the government will file a reply brief on September 2.

STIPULATION TO CONTINUE BAIL HEARING
CR 09-70395 MISC (JCS)

Respectfully submitted,

Dated: August 31, 2009          JOSEPH P. RUSSONIELLO
                                United States Attorney


                                /s/ Nat Cousins
                                Assistant United States Attorney
                                Acting for the Republic of Latvia

STIPULATED

Dated: August 31, 2009
                                /s/ Raphael M. Goldman
                                Raphael M. Goldman
                                Cristina C. Arguedas
                                ARGUEDAS, CASSMAN & HEADLEY, LLP
                                Attorneys for Paul Trinidad

                                * * *

**[PROPOSED] ORDER GRANTING STIPULATION, CR 09-70395 MISC (JCS)**

Upon the Stipulation of the parties, the bail hearing scheduled for September 2 is ordered continued to September 8, 2009, at 1:30 p.m., before this Court. The government is ordered to file its reply brief by September 2, 2009.

Date: 8/31/09

_____
Hon. Joseph C. Spero
U.S. Magistrate Judge