1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  NATHANAEL M. COUSINS (CABN 177944)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7368
7      Facsimile: (415) 436-7234
       E-Mail: nat.cousins@usdoj.gov
8
   Attorneys for the United States of America
9  Acting for the Republic of Latvia

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14 IN THE MATTER OF THE           )   No. CR 09-70395 MISC (JCS)
   EXTRADITION OF                 )
15                                )   **STIPULATION TO MODIFY**
   PAUL ANTHONY SAYNO TRINIDAD    )   **EXTRADITION BRIEFING**
                                  )   **SCHEDULE BY ONE DAY**
16                                )
                                  )
17                                )
                                  )
18 _____)

19
20         The United States, on behalf of Latvia, with the agreement of counsel for Paul

21 Trinidad, moves to modify by one day the briefing schedule for the government's motion

22 for extradition and Trinidad's opposition brief, with no proposed change to the due date

23 for the reply brief and hearing date. As modified, the briefing schedule is:

24 ● Government memorandum: September 29.

25 ● Trinidad memorandum: October 14.

26 ● Government reply: October 20.

27 ● Hearing: November 6, 10:30 a.m.

28

STIPULATION TO MODIFY BRIEFING SCHEDULE
CR 09-70395 MISC (JCS)

|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   | A proposed order follows.                                                            |
| 2   | Respectfully submitted,                                                              |
| 4   | Dated: September 30, 2009        JOSEPH P. RUSSONIELLO                               |
| 5   | United States Attorney                                                               |
| 7   | /s/ Nat Cousins                                                                      |
| 8   | Assistant United States Attorney<br>Acting for the Republic of Latvia                |
| 9   | STIPULATED                                                                           |
| 11  | /s/ Raphael M. Goldman<br>Raphael M. Goldman                                         |
| 12  | Cristina C. Arguedas<br>ARGUEDAS, CASSMAN & HEADLEY, LLP<br>Attorneys for Paul Trinidad |

\* \* \*

**[~~PROPOSED~~] ORDER GRANTING STIPULATION, CR 09-70395 MISC (JCS)**

Upon the Stipulation of the parties, the motion to modify the extradition briefing schedule, with no change to the reply date or hearing date, is GRANTED.

Date: 09/30/09

Hon. Jos[eph C. Spero]
U.S. Mag[istrate Judge]

STIPULATION TO MODIFY BRIEFING SCHEDULE
CR 09-70395 MISC (JCS)            2