JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NATHANAEL M. COUSINS (CABN 177944)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-0931
   Facsimile: (408) 535-5066
   E-Mail: nat.cousins@usdoj.gov

Attorneys for the United States of America
Acting for the Republic of Latvia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>PAUL ANTHONY SAYNO TRINIDAD | No. CR 09-70395 MISC (JCS)<br><br>**STIPULATION TO RESCHEDULE EXTRADITION HEARING BY ONE DAY AND SET SUPPLEMENTAL BRIEFING SCHEDULE** |

     The United States, on behalf of Latvia, with the agreement of counsel for Paul Trinidad, moves to set a supplemental briefing schedule and to modify by one day the hearing scheduled for the government's motion for extradition. As modified, the proposed schedule is:

- Government supplemental memorandum: April 28.
- Trinidad supplemental reply: May 5.
- Hearing: May 12, 2010, 1:30 p.m.

STIPULATION TO SET BRIEFING SCHEDULE
CR 09-70395 MISC (JCS)

A proposed order follows.

                                  Respectfully submitted,

Dated: April 20, 2010          JOSEPH P. RUSSONIELLO
                                  United States Attorney

                                /s/ Nat Cousins
                                Assistant United States Attorney
                                Acting for the Republic of Latvia

STIPULATED

                                /s/ Raphael M. Goldman
                                Raphael M. Goldman
                                Cristina C. Arguedas
                                ARGUEDAS, CASSMAN & HEADLEY, LLP
                                Attorneys for Paul Trinidad

                                    * * *

**[PROPOSED] ORDER GRANTING STIPULATION, CR 09-70395 MISC (JCS)**

Upon the Stipulation of the parties, the motion to set a supplemental briefing schedule and reschedule the extradition hearing to May 12, 2010, at 1:30 p.m. is GRANTED.

Date: __04/21/10____

                                _____
                                Hon. Joseph C. Spero
                                U.S. Magistrate Judge