Cristina C. Arguedas (Ca. BN 87887)
Raphael M. Goldman (Ca. BN 229261)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA  94710
Telephone: (510) 845-3000

Attorneys for Paul Trinidad

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>PAUL ANTHONY SAYNO TRINIDAD | No. CR 09-70395 MISC (JCS)<br><br>**STIPULATION RE MODIFICATION OF CONDITIONS OF RELEASE TO PERMIT TRAVEL TO FAMILY WEDDING AND [PROPOSED] ORDER** |

The United States of America, on behalf of the Republic of Latvia, and Paul Anthony Sayno Trinidad, by and through undersigned counsel, hereby stipulate and agree as follows:

This Court admitted Paul Trinidad to bail under specified conditions of release. *See* Docket # 43, 64.  The conditions state, among other restrictions, that Mr. Trinidad may not leave the Northern or Eastern Districts of California.  *Id*.

Mr. Trinidad's sister, Elaine Trinidad, will be getting married in Las Vegas, Nevada on May 23, 2010.  The parties agree that Mr. Trinidad may travel to Las Vegas

to attend the wedding and the attendant family events, leaving on Friday, May 21, 2010, and returning to this district on Monday, May 24, 2010.  During that time Mr. Trinidad will not be monitored electronically by Pretrial Services, but he will be in the presence of his appointed guardian, Michelle Adcock, and another of his sureties, his mother Milagros Sayno.

  Undersigned counsel for Mr. Trinidad spoke with Pretrial Services Officer Richard Sarlatte, who reports that Pretrial Services has a general policy of opposing travel while a person is subject to electronic monitoring because the office is unable to conduct the monitoring during that period.  Mr. Sarlatte acknowledged, however, that Mr. Trinidad has repeatedly been released from monitoring during the pendency of this case for purposes of his service in the military, and Pretrial Services has experienced no problems with Mr. Trinidad's compliance with the terms of his release.

So stipulated,

Dated:  May 17, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

   /s/
Nat Cousins
Assistant United States Attorney

Acting for the Republic of Latvia

Dated:  May 17, 2010

ARGUEDAS, CASSMAN & HEADLEY, LLP

   /s/
Raphael M. Goldman

Attorneys for Paul Trinidad

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

2  _____
   Honorable Joseph C. Spero
3  Dated: May 18, 2010                United States Magistrate Judge

*Judge Joseph C. Spero*