Cristina C. Arguedas (Ca. BN 87887)
Raphael M. Goldman (Ca. BN 229261)
ARGUEDAS, CASSMAN & HEADLEY, LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone: (510) 845-3000

Attorneys for Paul Trinidad

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN THE MATTER OF THE EXTRADITION OF<br><br>PAUL ANTHONY SAYNO TRINIDAD | No. CR 09-70395 MISC (JCS)<br><br>**STIPULATION TO CONTINUE EXTRADITION HEARING AND [PROPOSED] ORDER** |
|---|---|

The United States of America, on behalf of the Republic of Latvia, and Paul Anthony Sayno Trinidad, by and through undersigned counsel, hereby stipulate and agree as follows:

The parties are presently scheduled to appear before the Court on July 16, 2010, at 10:30 a.m. for a further extradition hearing. Counsel for Mr. Trinidad has a scheduling conflict at that time. The parties agree that the date for the further

*In re Extradition of Paul Trinidad*　　　1　　　No. CR 09-70395 MISC (JCS)
Stip to Continue Hearing and [Proposed] Order

extradition hearing will be continued until July 27, 2010 at 9:00 a.m.

                    So stipulated,

Dated: July 2, 2010           JOSEPH P. RUSSONIELLO
United States Attorney

                    /s/
Nat Cousins
Assistant United States Attorney

Acting for the Republic of Latvia

Dated: July 2, 2010           ARGUEDAS, CASSMAN & HEADLEY, LLP

                    /s/
Raphael M. Goldman

Attorneys for Paul Trinidad

PURSUANT TO STIPULATION, IT IS SO ORDERED,

                    /s/ Joseph C. Spero
Honorable Joseph C. Spero
Dated: July 7, 2010           United States Magistrate judge