UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE THE MATTER OF THE EXTRADITION OF PAUL ANTHONY SAYNO TRINIDAD<br><br>_____/ | No. CR-09-70395 MISC (JCS)<br><br>**CERTIFICATE OF EXTRADITABILITY** |

Having heard and considered the evidence in the above-captioned matter under 18 U.S.C. § 3184 *et seq*., this Court finds and orders as follows:

1. This Court has subject matter jurisdiction to conduct the extradition proceedings.

2. This Court has personal jurisdiction over Paul Anthony Sayno Trinidad.

3. This Court is authorized to conduct the extradition proceeding under Criminal Local Rule 7-1(b)(13) and upon a referral from U.S. District Court Judge Charles R. Breyer.

4. There exists a valid extradition treaty between the Republic of Latvia and the United States ("Treaty"), and that Treaty is in full force and effect.

5. The offense of immoral acts with a juvenile under Section 162(2) of the Criminal Law of Latvia is an extraditable offense under the terms of the Treaty, this crime falling within the list of offenses set out in the Treaty, as well as being criminal under the laws in both Latvia and the United States and punishable by deprivation of liberty for a period of one year or more.

6. Latvia has provided the documents and information required for extradition under Treaty Article 7(2)(a), documents, statements, or other types of information which describe the identity and probable location of the person sought; Article 7(2)(b), information describing the facts of the offense and the procedural history of the case; Article 7(2)(c), a statement of the relevant text of the provisions of the laws describing the essential elements of the offense for which extradition is

requested; Article 7(2)(d), a statement of the relevant text of the provisions of law prescribing punishment for the offense; Article 7(2)(e), a statement of the provisions of law describing any time limit on the prosecution; and Article 7(2)(f), the documents, statements, or other types of information specified in paragraphs 3 or 4 of this Article, as applicable.

7. Latvia has provided the documents required by Treaty Article 7(3), specifically Article 7(3)(a), a copy of the warrant or order of arrest issued by a judge, court, or other authority competent for this purpose; Article 7(3)(b) a copy of the charging document; and Article 7(3)(c), such information as would provided a reasonable basis to believe that the person sought committed the offense for which extradition is sought.

8. Latvia has provided the documents and information required by Treaty Article 7(4), specifically Article 7(4)(a), a copy of the judgment of conviction; Article 7(4)(b), information establishing that the person sought is the person to whom the finding of guilt refers; Article 7(4)(c), a copy of the sentence imposed and a statement establishing to what extent the sentence has been carried out; and, Article 7(4)(d), the documents required by Treaty Article 7(3), specified above, in that Trinidad was convicted in Latvia in absentia. And, 9. There is competent legal evidence to provide a reasonable basis to believe that Paul Anthony Sayno Trinidad, the person whose extradition is sought, committed the offense of immoral acts with a juvenile under Section 162(2) of the Criminal Law of Latvia.

Accordingly, the Court hereby certifies the above findings to the Secretary of State in order that a warrant may issue for the surrender of Paul Anthony Sayno Trinidad to Latvia, and orders that Mr. Trinidad be committed to the custody of the United States Marshals Service for surrender to Latvia pursuant to 18 U.S.C. § 3184.

IT IS SO ORDERED.

Dated: September 8, 2010

JOSEPH C. SPERO
United States Magistrate Judge

2